## IN RE: SUPREME COURT COMMITTEE ON MODEL JURY INSTRUCTION, CIVIL

Supreme Court of Arkansas
Delivered May 31, 1994

PER CURIAM. The Court accepts the resignation of Winslow Drummond, Esq. from the Supreme Court Committee on Model Jury Instructions, Civil.

The Court expresses its gratitude to Mr. Drummond for his dedicated and faithful service as a member and former chair of this most important Committee.

## IN RE: BOARD OF CERTIFIED COURT REPORTER EXAMINERS

Supreme Court of Arkansas
Delivered June 13, 1994

PER CURIAM. Chancery Judge Jim Hannah, Searcy, Arkansas; Circuit Judge John Cole, Sheridan, Arkansas; and Ms. Maria Lafferty, CCR, Pine Bluff, Arkansas, are reappointed to our Board of Certified Court Reporter Examiners.

Each term of reappointment is for a three-year period expiring July 8, 1997.

The Court expresses its gratitude to Judge Hannah, Judge Cole and Ms. Lafferty for accepting reappointment to this most important Board.